# Order

Michigan Supreme Court
Lansing, Michigan

May 19, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161092(60)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 161092
COA: 344703
Wayne CC: 17-010362-FC

DEANDRE TERREL AUSTIN,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to exceed the word count limitation of Administrative Order 2019-6 for its supplemental brief is GRANTED. The brief submitted on May 17, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2021



Clerk